UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FELETI HALAAPIAPI AS TRUSTEE OF THE SIONE AND KALOLAINE TENEFUFU FAMILY TRUST,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-CV-01237-TLN-KJN<br><br>[The Honorable Troy L. Nunley]<br><br>**ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

In light of the joint stipulation submitted by the parties and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Plaintiff shall file and serve a First Amended Complaint on or before August 15, 2022; *and*

2. The defendants shall file and serve a response to the First Amended Complaint by September 9, 2022.

Dated: July 18, 2022

_____
Troy L. Nunley
United States District Judge